UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARPAD KELEMAN,

                Petitioner,

-v-

EMESE OLAH,

                Respondent.

22-CV-566 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Respondent was served with Petitioner's Petition to Compel Arbitration ("Petition") on May 19, 2022. (*See* Dkt. No. 7.) However, no appearance has been entered on Respondent's behalf, and no response to the Petition has been filed in the allotted time

If Respondent fails to respond to the Petition by February 16, 2023, Respondent will forfeit the right to contest the Petition, and the Court will issue an order compelling arbitration as Petitioner requests.

Petitioner is directed to serve a copy of this order on Respondent by mail and email.

The Clerk of Court is directed to mail a copy of this order to Petitioner within 7 days.

SO ORDERED.

Dated: January 17, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge