UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

ARPAD KELEMEN,

                     Plaintiff,

          -v-

EMESE OLAH,

                     Defendants.

———————————————————————

22-CV-0566 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for Respondent, Emese Olah, and Petitioner Arpad Kelemen, appearing on his own behalf as *pro se*, are directed to appear telephonically for a pretrial conference with the Court on March 1, 2023, at 2:00 PM New York Time (20:00 Hungarian Time).

    To appear, counsel for Respondent and Mr. Kelemen should call + 1 (888) 557-8511 at the scheduled time. The access code is 9300838. Members of the public may join but are instructed to place their phones on mute.

    The parties are directed to confirm their mandatory attendance at the above-scheduled conference by no later than February 27, 2023, at 5:00 PM New York Time (23:00 Hungarian Time) using the instructions they have been provided over email.

    Additionally, Respondent's time in which to respond to the Petition is extended to a date to be set by a further order after the above-scheduled conference has occurred.

    SO ORDERED.

Dated: February 23, 2023
       New York, New York

                                          J. PAUL OETKEN
                                        United States District Judge