**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/8/2023 |

ARPAD KELEMEN,

                                **Plaintiff,**

              -against-

EMESE OLAH,

                             **Defendant.**

-------------------------------------------------------------------X

                      **22-CV-00566 (JPO)(SN)**

                          **ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On March 1, 2023, the Honorable J. Paul Oetken assigned this matter to my docket for settlement. By March 14, 2023, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 8, 2023
             New York, New York