**MEMO ENDORSED**

**ANDRAS A. ERDEI**
ATTORNEY AT LAW
1345 6th Avenue, 2nd floor
New York, New York 10105
212-300-5802

Admitted in New York, Hungary, England & Wales (non-practising)     E-mail: aaerdei@berkeley.edu

Hon. Jessica G. L. Clarke
United States District Court, Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re: ARPAD KELEMEN v. EMESE OLAH (22-CV-566)

August 30, 2023

Dear Judge Clarke,

I write to you in connection with the above-referenced matter, requesting that the conference the Court set for September 13, 2023 be adjourned to another date.

The reason for the request is that I will have a court appearance on September 12 in Europe and will be traveling back to New York on September 13. Specifically, I will be in the air over the Atlantic at the time the Court has scheduled the conference in the current matter. I have not made a prior request to adjourn the conference date. I have consulted with opposing counsel, who does not object to the adjournment.

Based on availability of counsel, I propose the following conference dates: September 27, September 28 or September 29. It is proposed that the joint letter the Court directed the Parties to submit a week prior to the conference be set for September 20, 21 or 22, respectively.[1]

The Court's consideration of the above request is appreciated.

Sincerely,

Andras A. Erdei, Esq.

Copy to: Daniel F. McGuire

The initial pretrial conference scheduled for September 13, 2023 is hereby ADJOURNED to September 27, 2023 at 2:00pm. The deadline for the parties to submit the joint letter and proposed case management plan, *see* ECF No. 19, is EXTENDED to September 20, 2023.

Dated: August 30, 2023
New York, New York

SO ORDERED.

Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge

---

[1] In the event the proposed dates are unavailable and the Court would entertain another date in September, Counsel wishes to inform the Court that counsel for Plaintiff will be traveling internationally on September 20 and 21 as well. Counsel currently has no travel conflicts in October.